IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:15-cv-00430-LTB

Eric Martinez,

    Plaintiff,

EOS CCA,

    Defendant.

## STIPULATED ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).
    Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

| Eric Martinez | EOS CCA |
|---|---|
| /s/ Jenny DeFrancisco | /s/ Joseph J. Lico |
| Jenny DeFrancisco, Esq. | Joseph J. Lico, Esq. |
| CT Bar No.: 432383 | Adam L. Plotkin, P.C. |
| LEMBERG LAW LLC | 621 Seventeenth Avenue, Suite 1800 |
| 1100 Summer Street, 3rd Floor | Denver, Colorado 80293 |
| Stamford, CT 06905 | Telephone: (303) 302-6864 |
| Telephone: (203) 653-2250 | FAX: (303) 302-6864 |
| Facsimile: (203) 653-3424 | jlico@alp-pc.com |
| E-mail: jdefrancisco@lemberglaw.com | Attorney for Defendant |
| Attorneys for Plaintiff | |

**SO ORDERED**
Dated: August 7 2015

Hon. Kristen L. Mix
United States Magistrate Judge