**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   15-cv-00430-LTB-KLM

ERIC MARTINEZ,

      Plaintiff,

v.

EOS CCA, INC.,

      Defendant.

---

**ORDER**

---

THIS MATTER having come before the Court on the Stipulation of Dismissal (Doc 20 - filed February 26, 2016), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                          BY THE COURT:

                          s/Lewis T. Babcock
                          Lewis T. Babcock, Judge

DATED:   February 29, 2016